IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DONALD MITCHELL, et al., | * |
|     Plaintiffs | * |
| v. | *  CIVIL ACTION NO. 87-CV-00610-JRH |
| ACandS, INC., et al. | * |
|     Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S MOTION TO AMEND COMPLAINT
### TO ADD DEFENDANTS

Plaintiffs, by their undersigned attorneys, hereby move pursuant to F.R.C.P. 15 to amend their Complaint to add Defendant Wallace & Gale Asbestos Settlement Trust Company, Successor to the Wallace & Gale Company.  Copies of the proposed Amendment is attached hereto as Exhibit 1.

Pursuant to Rule 15, leave of Court shall be freely given when justice so requires.  As a result of Plaintiff's continuing discovery, Plaintiff has reason to believe that he was exposed to airborne asbestos fibers during the use and manipulation of asbestos-containing products manufactured and/or distributed by Wallace & Gale Asbestos Settlement Trust Company, Successor to the Wallace & Gale Company during his employment at the B&O Railroad in Pennsylvania and the American Shipbuilding Shipyard in Florida from 1954 to 1974.

Inclusion of this Defendant will not prejudice this case at this time.  A proposed discovery schedule which will afford sufficient time for this defendant to depose co-workers and experts and prepare for trial will be proposed for the court to approve.

WHEREFORE, Plaintiffs respectfully request that the Motion to Amend Complaint to Add Defendant be GRANTED.

> Respectfully submitted,
>
> */s/ Armand J. Volta, Jr.*
> _____
> Armand J. Volta, Jr.
> Bar No. 07982
>
> LAW OFFICES OF PETER G. ANGELOS
> 100 North Charles Street
> 22nd Floor
> Baltimore, Md 21201
> (410) 649-2000
>
> Attorneys for Plaintiffs