IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DONALD MITCHELL, et al.,** | * |
| **Plaintiffs** | * |
| v. | *   **CIVIL ACTION NO. 87-CV-00610-JRH** |
| **ACandS, INC., et al.** | * |
| **Defendants** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### O R D E R

Upon consideration of Plaintiff's Motion to Amend Complaint to Add Defendant, it is this _____ day of _____, 2006, by the United States District Court for the District of Maryland,

ORDERED that Plaintiff's Motion to Amend Complaint to Add Defendant Wallace & Gale Asbestos Settlement Trust Company, Successor to the Wallace & Gale Company to the above-captioned case be and the same is hereby GRANTED.

_____
Judge, United States District Court
for the District of Maryland