IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DONALD MITCHELL, et al.,** | * | |
|     **Plaintiffs** | * | |
| E. | * | CIVIL ACTION NO. 87-CV-00610-JRH |
| **ACandS, INC., et al.** | * | |
|     **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**AMENDMENT BY INTERLINEATION TO ADD DEFENDANT**

Comes now the above Plaintiff, by undersigned counsel and the Law Offices of Peter G. Angelos, and amends the Short Form Complaint by interlineation to add the following Defendant:

    A.    **WALLACE & GALE ASBESTOS SETTLEMENT TRUST,**
           Successor to the Wallace & Gale Company

           **Serve On:**
           Margaret Fonshell Ward
           Moore & Jackson
           305 Washington Avenue
           Suite 401
           Towson, MD 21204

Plaintiff adopts and incorporates by reference herein all relevant causes of action and allegations in the original Complaint, Master Complaints and any amendments thereto and the demand for a trial by jury on all issues presented.

                                                                Respectfully submitted,

                                                                */s/ Armand J. Volta, Jr.*

                                                                 Armand J. Volta, Jr.
                                                                Bar No. 07982
                                                               LAW OFFICES OF PETER G. ANGELOS
                                                               One Charles Center
                                                               100 North Charles Street
                                                                22nd Floor
                                                                Baltimore, Maryland 21201
                                                                (410) 649-2000

                                                                Attorneys for Plaintiffs

1